**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 12-cr-00109-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RYAN ALLEN BROWN,

    Defendant.

_____

**ORDER**
_____

    PURSUANT to and in accordance with Order entered by the Honorable Christine M. Arguello on July 22, 2013, it is

    ORDERED that Defendant Ryan Allen Brown, is sentenced to TIME SERVED.

    DATED: July 22, 2013

                                BY THE COURT:

                                _____
                                Christine M. Arguello
                                United States District Judge